UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No. 13-20337-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA

v.

JOSEPH ROGERS,

    Defendant.
_____/

REPORT AND RECOMMENDATIONS
ON RESTITUTION

This cause is before the Undersigned following the District Court's referral for a hearing and Report and Recommendations on restitution as to Defendant Joseph Rogers. [ECF No. 32]. The Undersigned entered a scheduling order on the matter on December 2, 2013, and in that scheduling order set a restitution hearing for December 20, 2013. [ECF No. 34].

Eight days later, on December 10, 2013, the Government filed a motion to cancel the restitution hearing. [ECF No. 35]. The Government explained that it was seeking to cancel the hearing because "to date [it had] not received any requests for restitution from any of the known victims depicted in the images [Rogers] possessed." [*Id.* at p. 1]. The Undersigned denied the motion, because the Government did not affirmatively and

unequivocally say that it was not seeking restitution, but rather merely advised that as of the date of the motion, nobody had come forward seeking restitution. [ECF No. 36].

The Government then filed a *renewed* motion to cancel the restitution hearing. [ECF No. 37]. In its renewed motion, the Government "formally and unequivocally advis[ed] the Court **that it is not seeking any restitution in this matter**." [*Id.* at p. 1] (emphasis added). The renewed motion further stated that the Assistant United States Attorney assigned to this case advised defense counsel that the Government is not seeking restitution, and that defense counsel did not object to cancelling the hearing. [*Id.*]. The Undersigned therefore granted the amended motion and canceled the restitution hearing. [ECF No. 38].

The Government has now formally, affirmatively, and unequivocally represented on the record, in writing, that it is **not** seeking restitution in this matter. The Undersigned therefore **RESPECTFULLY RECOMMENDS** that the District Court not include any restitution as part of Rogers' sentence in this case.

The parties shall have 14 days from the date of this Report and Recommendations within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Each party may file a response to the other party's objection no later than 14 days after the other party files their objections. Failure to file timely objections shall bar the parties from a de novo determination by the District Court of an issue covered in this Report and

Recommendations and bar the parties from attacking on appeal the factual findings contained herein. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir.), *cert. denied*, 488 U.S. 958 (1988).

**RESPECTFULLY RECOMMENDED,** in Chambers, in Miami, Florida, December 20, 2013.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to:</u>
The Honorable Donald L. Graham
All counsel of record