UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 13-20337-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOSEPH RODGERS

        Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Restitution,(D.E. 39).

**THE MATTER** was referred to United States Magistrate Judge Jonathan Goodman on November 8, 2013. The Court conducted a <u>de novo</u> review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Goodman's Report and Recommendation is **ADOPTED** in its entirety. it is further

**ORDERED AND ADJUDGED** that by agreement of the parties no restitution amounts shall be awarded.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of December, 2013.

                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
       Jodi Anton, AUSA
       Johnny Leonard McCray,Jr., Esq.
       U.S. Probation